# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Williams, Ann C. | U.S. Court of Appeals 7th Cir. | 01/30/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge, Active | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

219 South Dearborn
Chicago, IL

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Directors | Equal Justice Works |
| 2. | Board of Trustees | National Institute for Trial Advocacy |
| 3. | Board of Directors, Honorary | Federal Bar Association, Chicago Chapter |
| 4. | Board of Directors, Secretary | University of Notre Dame |
| 5. | Judicial Advisory Committee, Chair | Just the Beginning Foundation |
| 6. | Board of Trustees | Museum of Science & Industry |
| 7. | Board Member | Spencer Williams Foundation |
| 8. | Board of Trustees | Carnegie Corporation of New York |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Ann C. | 01/30/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2016 | National Institute for Trial Advocacy - Salary | $19,500.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | ▨ |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Notre Dame | 01/27 - 01/29 | Naples, FL | Board Meeting | Lodging, Food, Travel |
| 2. | Carnegie Corporation of New York | 3/2 – 3/3 | New York, NY | Board Meeting | Lodging, Food, Travel |
| 3. | University of Illinois | 3/7-3/9 | Champaign, IL | Moot Court | Lodging, Food, Travel |
| 4. | National Black Lawyers Students Association | 3/11 | Baltimore, MD | Convention | Travel |
| 5. | Carnegie Corporation of New York | 3/15-3/19 | Cape Town (South Africa) | Speaker | Lodging, Food, Travel |
| 6. | Chicago Bar Association | 3/27-3/31 | Switzerland | Panelist | Lodging, Food, Travel |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Williams, Ann C. | 01/30/2018 |

| | | | | |
|---|---|---|---|---|
| 7. | University of Notre Dame | 4/28 – 4/29 | Notre Dame, IN | Board Meeting | Lodging, Food, Travel |
| 8. | Federal Judges Association | 5/17-5/18 | Washington, DC | Board Meeting | Lodging, Food, Travel |
| 9. | International Judicial Relations | 5/19-5/20 | Washington, DC | Meeting | Lodging, Food, Travel |
| 10. | National Association of Women | 5/25-5/27 | Washington, DC | Meeting | Lodging, Food, Travel |
| 11. | Carnegie Corporation of New York | 6/8-6/9 | New York, NY | Board Meeting | Lodging, Food, Travel |
| 12. | JTB-A Pipeline Organization | 6/26-28 | Los Angeles, CA | Speaker | Lodging, Food, Travel |
| 13. | Lawyers without Borders | 7/17-7/30 | Nairobi, Kenya | Advocacy Program – Teacher | Lodging, Food, Travel |
| 14. | National Institute for Trial Advocacy | 8/12-8/14 | London, England | Teacher | Lodging, Food, Travel |
| 15. | Carnegie Corporation of New York | 9/7-9/8 | New York, NY | Board Meeting | Lodging, Food, Travel |
| 16. | Just the Beginning – A Pipeline Organization | 9/14-9/18 | New York, NY | Conference | Lodging, Food, Travel |
| 17. | Corporate Counsel of Women of Color | 9/21-9/24 | Las Vegas, NV | Conference | Lodging, Food, Travel |
| 18. | National Institute for Trial Advocacy | 10/9-10/14 | Boulder, CO | Teacher | Lodging, Food, Travel |
| 19. | Equal Justice Works | 10/27-28 | Washington, DC | Board Meeting | Lodging, Food, Travel |
| 20. | Lawyers without Borders | 11/12-19 | Lagos, Nigeria | Teacher – Training Program | Lodging, Food, Travel |
| 21. | National Institute for Trial Advocacy | 12/4-12/8 | Washington, DC | Teacher – Trial Advocacy | Lodging, Food, Travel |

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Ann C. | 01/30/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Citibank | Credit Card | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Ann C. | 01/30/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Elgin State Bank - Accounts | A | Interest | M | T | | | | | |
| 2. AT&T Common Stock | A | Dividend | J | T | | | | | |
| 3. Bank of America - Account | A | Interest | K | T | | | | | |
| 4. ▓▓▓▓ - Accounts | A | Interest | K | T | | | | | |
| 5. Mass Mutual Universal - Variable | A | Interest | J | T | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Ann C. | 01/30/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Williams, Ann C. | 01/30/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Ann C. Williams**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544